1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone:  (408) 535-5044
6     Facsimile:   (408) 535-5081
      Email: james.scharf@usdoj.gov
7
   Attorneys for Secretary of the Department of Homeland Security
8  Jeh Charles Johnson, FBI Director James Comey, and
   FAA Administrator Michael P. Huerta
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  ADAM JIBREEL,                        Case No. C 13-3470 LB

15          Plaintiff,                   ADMINISTRATIVE MOTION,
                                          SUPPORTING DECLARATION, AND
16                                        [PROPOSED] ORDER EXTENDING
                                          TIME TO RESPOND TO COMPLAINT
17          V

18  HOCK SENG CHIN, et al.,

19          Defendants.
    _____

20

21               ADMINISTRATIVE MOTION

22          Pursuant to Local Rule 6-3, defendants Secretary of the Department of Homeland Security

23  Jeh Charles Johnson, FBI Director James Comey, and FAA Administrator Michael P. Huerta

24  ("movants")1 hereby request an extension of time for all federal defendants to respond to plaintiff's

25  _____

26          1 Plaintiff sued former Secretary of the Department of Homeland Security Janet Napolitano and

27  Case No. C 13-3470 LB
    Administrative Motion, Supporting Declaration, and [Proposed] Order Extending Time to Respond to
28  Complaint

complaint in this action to and including February 28, 2014.  This is movants' first request for additional time to respond to the complaint.  A case management conference is set for March 20, 2014.

Movants seek an extension of time to and including February 28, 2014 for all federal defendants to respond to the complaint for the following reasons:

First, additional time is necessary for the United States Marshals Service ('USMS') to serve the federal defendants.  USMS served the United States Attorney's Office for the Northern District of California on November 13, 2013, the United States Attorney General (by certified mail) on November 25, 2013, and former FBI Director Robert Swan Mueller III on December 12, 2013.  The USMS was not able to serve the foreign defendants and is still in the process of serving the other federal defendants.

Second, additional time is necessary to sort out representational issues.  Specifically, additional time is needed for the undersigned attorney to obtain authority from the United States Department of Justice to represent Senators Lindsay Graham and Patty Murray.  The undersigned attorney anticipates that he will ultimately represent all the federal defendants, except for Representative Pete King, who will be represented by Todd B. Tatelman of the U.S. House of Representatives, Office of General Counsel.

Third, additional time is necessary for the undersigned attorney to prepare a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim.  Although the complaint appears to lack merit, because plaintiff has sued so many federal defendants, undersigned counsel anticipates that he will need to consult with numerous agency attorneys.

Undersigned counsel attempted to meet and confer with plaintiff about this requested extension before filing this administrative motion.  By letter dated December 31, 2013, undersigned counsel asked plaintiff to call him by close of business on Friday, January 3, 2014, if plaintiff objected to the requested extension of time.  Plaintiff did not respond to that letter.

---

former FBI Director Robert Swan Mueller III.  Pursuant to Federal Rule of Appellate Procedure 43(c)(2), current Secretary of the Department of Homeland Security Jeh Charles Johnson and current FBI Director James Comey are automatically substituted in for their predecessors.

1    Mr. Tatelman joins movants' request on behalf of Congressman King.

2    Accordingly, movants request an extension of time for all federal defendants to respond to

3  plaintiff's complaint in this action to and including February 28, 2014.  Undersigned counsel anticipates

4  that Mr. Tatelman will also file a motion to dismiss on behalf of Congressman King on or before that

5  date.  This extension of time would not prejudice plaintiff because, among other reasons, the Court has

6  already continued the initial Case Management Conference to March 20, 2014, because of service

7  issues.

8

9                                          Respectfully submitted,

10  DATED: January 6, 2014                 MELINDA HAAG
                                           United States Attorney
11

12                                         /S/
                                           JAMES A. SCHARF
13                                         Assistant United States Attorney
                                           Attorneys for Secretary of the Department of Homeland
14                                         Security Jeh Charles Johnson, FBI Director James Comey,
                                           and FAA Administrator Michael P. Huerta
15

16                 DECLARATION OF JAMES A. SCHARF

17    I, James A. Scharf, declare as follows:

18    1.  I am an Assistant United States Attorney for the Northern District of California.  I currently

19  represent defendants Secretary of the Department of Homeland Security Jeh Charles Johnson, FBI

20  Director James Comey, and FAA Administrator Michael P. Huerta in this action.  I anticipate that I will

21  ultimately represent all the federal defendants, except for defendant Congressman Pete King.

22    2.  By e-mail dated January 3, 2014, Christian Hanson of the United States Marshals Service

23  ("USMS") informed me that the USMS served the United States Attorney's Office for the Northern

24  District of California on November 13, 2013, the United States Attorney General (by certified mail) on

25  November 25, 2013, and former FBI Director Mueller on December 12, 2013.  Mr. Hanson further

26

27  Case No. C 13-3470 LB
    Administrative Motion, Supporting Declaration, and [Proposed] Order Extending Time to Respond to
28  Complaint

stated in that e-mail that the USMS will not be able to serve the foreign defendants and was still in the process of serving the other federal defendants.

3.   I am informed and believe that Senators Lindsay Graham and Patty Murray have (or soon will) request the United States Department of Justice to authorize me to represent them in this action. This process will take at least a few weeks and perhaps longer.

4.  I am informed and believe that Congressman King will be represented by Todd B. Tatelman. Mr. Tatelman informed me that he joins this administrative motion on behalf of Congressman King.

5.  In this action, plaintiff has sued President Obama, two United States Senators, a United States Congressman, the heads (or former heads) of four separate federal agencies, and two foreign officials. Although the complaint does not appear to have any discernible merit, I will need to consult with numerous agency attorneys in preparing a motion to dismiss.  I first spoke with some of these agency attorneys on December 30, 2013.

6.  I was not able to call or e-mail plaintiff because I don't have his telephone number or e-mail address.  By letter dated December 31, 2013, I asked plaintiff to call me by close of business on Friday, January 3, 2014, if plaintiff objected to the requested extension of time.  To date, plaintiff did not respond to my letter.

7.  This case is scheduled for a case management conference on March 20, 2014.

8.  On or before February 28, 2014, along with a motion to dismiss, I intend to file a motion to vacate or continue that case management conference pending adjudication of the motions to dismiss because the disposition of those motions will inform and impact case management issues, if not eliminate them altogether.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of January, 2014, at San Jose, California.

/S/
JAMES A. SCHARF

Case No. C 13-3470 LB
Administrative Motion, Supporting Declaration, and [Proposed] Order Extending Time to Respond to Complaint

1

[~~PROPOSED~~] ORDER

2        Good appearing, the deadline for all federal defendants to respond to the complaint in this action

3   is hereby extended to February 28, 2014.

4        IT IS SO ORDERED.

5

6   Dated:  January 7, 2014

7                                                                 Hon. Laurel Beeler
                                                                  United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Case No. C 13-3470 LB
     Administrative Motion, Supporting Declaration, and [~~Proposed~~] Order Extending Time to Respond to
28   Complaint