UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ADAM JIBREEL, | No. C 13-03470 LB |
| Plaintiff, | **ORDER** |
| v. | (Re: ECF No. 12) |
| THE COUNSUL-GENERAL OF SINGAPORE H.E. MR. HOCKSENG CHIN, ET AL., | |
| Defendants, | |
| _____/ | |

Plaintiff has filed a Motion for Permission for Electronic Case filing. Having considered the motion, the Court hereby **DENIES** the motion without prejudice given the procedural posture of the case. Plaintiff may renew the motion at a later date.

**IT IS SO ORDERED.**

Dated: January 8, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 13-03470 LB