UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JIBREEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOCK SENG CHIN, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03470-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Re: ECF No. 50 |

On May 5, 2014, the Court issued an Order requiring the Plaintiff to amend his pleadings by June 4, 2014. ECF No 50. Plaintiff has failed to comply with this Order.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this order no later than June 30, 2014. If Plaintiff fails to file a response by this date, the complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 6, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge