1
2
3
4
5
6
7
8     **UNITED STATES DISTRICT COURT**
9     **NORTHERN DISTRICT OF CALIFORNIA**
10    **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| ADAM JIBREEL, | Case No. 3:14-cv-02774 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| HOCK SENG CHIN, | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to Adam Jibreel v. Hock Seng Chin, et al., Case No. 3:13c-v-03470 JST.

IT IS SO ORDERED.

Date: June  30, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 3:14-cv-02774 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES